# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

CHARLES ALBERT KIRKLAND,    )
                                       )

      Plaintiff,               )
                                       )

v.                               )     Case No. CV411-304
                                       )

DISTRICT ATTORNEY LARRY    )
CHISOLM, *Individually and in his*  )
*official capacity*,               )
                                       )

      Defendant.           )

## REPORT AND RECOMMENDATION

On February 2, 2012, the Court ordered plaintiff to submit a Prisoner Trust Fund Account Statement form and a Consent to Collection of Fees from Trust Account form. (Doc. 6.) The Court warned plaintiff that his failure to return those forms by March 3, 2012 would result in the dismissal of his case. (*Id.*) Plaintiff has not yet returned the forms. Since he has not complied with the conditions of the Court's order, his case should be **DISMISSED**.[1]

**SO REPORTED AND RECOMMENDED** this   28th   day of March, 2012.

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE
                                    SOUTHERN DISTRICT OF GEORGIA

---

[1] His motion for appointment of counsel (doc. 2) is also **DENIED** since this case is due to be dismissed.